1  Lincoln D. Bandlow, Esq. (CA #170449)
   Fox Rothschild LLP
2  Constellation Place
   10250 Constellation Blvd., Suite 900
3  Los Angeles, CA 90067
   Tel.: (310) 598-4150
4  Fax: (310) 556-9828
   lbandlow@foxrothschild.com
5
   *Attorneys for Plaintiff*
6  Strike 3 Holdings, LLC

7

8
                    **UNITED STATES DISTRICT COURT**
9
                    **NORTHERN DISTRICT OF CALIFORNIA**
10

11  STRIKE 3 HOLDINGS, LLC,                    Case Number: 4:19-cv-00861-DMR

12                      Plaintiff,             **NOTICE PROVIDING
                                               CLARIFICATION REGARDING THE
13  vs.                                        REGISTRATION STATUS OF
                                               PLAINTIFF'S COPYRIGHT
14  JOHN DOE subscriber assigned IP address    APPLICATIONS**
    24.4.86.137,
15
                        Defendant.
16

17

18

19

20

21

22

23

24

25

26

27

28
                                    1

1    PLEASE TAKE NOTICE that in light of the Supreme Court's recent holding in *Fourth*

2  *Estate Pub. Benefit Corp. v. Wall-Street.com, LLC*, No. CV 17-571, 2019 WL 1005829 (U.S.

3  Mar. 4, 2019), Strike 3 Holdings, LLC hereby concurrently-files an updated "Exhibit A" to its

4  Complaint demonstrating that all copyright applications for the motion pictures in question here

5  have been registered with the United States Copyright Office.  Accordingly, the Complaint

6  satisfies the claim-processing rule under 17 U.S.C. § 411(a).

7

8  Date: 03/13/2019                        FOX ROTHSCHILD LLP

9                                          Respectfully submitted,

10                                         By: /s/ *Lincoln Bandlow*
                                           Lincoln Bandlow, Esq.
11                                         FOX ROTHSCHILD LLP

12                                         *Attorney for Plaintiff*
                                           Strike 3 Holdings, LLC
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

# EXHIBIT 1

**Exhibit A to the Complaint**

**Location:** Concord, CA

**Total Works Infringed:** 42

**IP Address:** 24.4.86.137

**ISP:** Comcast Cable

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 8CEEBAD8B4AFD8903E4B6BC25D6133344622771F | Vixen | 10/15/2018 19:00:14 | 09/26/2018 | 10/16/2018 | PA0002127776 |
| 2 | 09EAED2E4389268FA57FE13CD55F4B4791B48289 | Tushy | 05/13/2018 17:51:46 | 05/06/2018 | 06/19/2018 | PA0002126449 |
| 3 | 0C81F28F597C97B7891EE91426B65BD6308032A6 | Tushy | 11/12/2018 23:16:26 | 11/12/2018 | 12/10/2018 | PA0002145826 |
| 4 | 11E5B485169425B0DE6F8265043BED4D9D0AB01C | Tushy | 07/31/2018 02:34:27 | 07/30/2018 | 09/01/2018 | PA0002119590 |
| 5 | 1B689A37F959A9AB7BD7BCD476B6E02E5669A336 | Blacked Raw | 11/08/2018 23:42:02 | 11/08/2018 | 12/10/2018 | PA0002145833 |
| 6 | 1BD96A441CFD749BF919A54DCD60143D882D3CCB | Blacked Raw | 11/24/2018 18:43:33 | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 7 | 1F734779A5C05D40C6424BE190EC20AC8BF61019 | Vixen | 10/17/2018 07:12:53 | 10/16/2018 | 10/28/2018 | PA0002130458 |
| 8 | 21A72BE83C3600E656348BD74090FF60C9E3BAB9 | Tushy | 12/03/2018 17:51:43 | 12/02/2018 | 12/18/2018 | PA0002141917 |
| 9 | 23AD7785927F77F037EC36842F95897DA89CEEDC | Vixen | 05/30/2018 01:27:49 | 05/29/2018 | 07/14/2018 | PA0002128390 |
| 10 | 23DF6E3ED9E784025EE9E3D92F99398BD2E8B8ED | Blacked Raw | 10/21/2018 00:08:09 | 10/19/2018 | 11/25/2018 | PA0002136715 |
| 11 | 3176813C77FB9F3A240D4421A4627DD377A8D4E8 | Tushy | 09/22/2018 00:10:37 | 09/18/2018 | 10/16/2018 | PA0002127779 |
| 12 | 341D4A70306E762D04C53912D8224AC99E2CDBE1 | Blacked Raw | 11/20/2018 06:59:31 | 11/18/2018 | 12/10/2018 | PA0002146476 |
| 13 | 3CAF1C4FBEF4F2FCD74F2B6AE32F3D56F961D650 | Vixen | 10/31/2018 05:42:30 | 10/26/2018 | 12/10/2018 | PA0002145824 |
| 14 | 4A01E15D5843C264BF2691AC218227619A171413 | Tushy | 07/27/2018 00:24:09 | 07/25/2018 | 09/05/2018 | PA0002134601 |
| 15 | 51F9EFE93A4D9A868005F2279F8C8DD395033FD5 | Vixen | 11/07/2018 00:24:51 | 11/05/2018 | 11/25/2018 | PA0002136632 |
| 16 | 5660F48100513A9838A18139BB71D78F7DF67508 | Blacked | 09/09/2018 10:23:30 | 09/07/2018 | 10/16/2018 | PA0002127772 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 64A72D6B80DD9281308AA65650958207E03B9356 | Blacked Raw | 10/31/2018 05:39:01 | 10/29/2018 | 12/10/2018 | PA0002145837 |
| 18 | 74DF01A19CDA446BD557636E214E38ACD1C00B92 | Vixen | 09/06/2018 23:14:27 | 09/06/2018 | 11/01/2018 | PA0002143433 |
| 19 | 78FAB2B2DD2918F1EDC644EAD74B5B472BB28B23 | Vixen | 05/25/2018 06:42:08 | 05/24/2018 | 07/14/2018 | PA0002128388 |
| 20 | 7BA924396EB35E0F543D568858E5E4489091B437 | Blacked | 07/29/2018 20:38:02 | 07/29/2018 | 09/05/2018 | PA0002135679 |
| 21 | 876EC64B52A18F2384B2E006DB71638985F546E2 | Vixen | 05/19/2018 18:23:50 | 05/19/2018 | 07/14/2018 | PA0002128156 |
| 22 | 8F246D98B53D9E87A4452E6E3160EEE8E7ACB663 | Tushy | 09/09/2018 10:23:37 | 08/04/2018 | 09/01/2018 | PA0002119573 |
| 23 | 91993F00A9153BA2D153F6387959FC6D6520BC4D | Tushy | 07/27/2018 00:39:26 | 07/05/2018 | 08/07/2018 | PA0002132399 |
| 24 | 92E599697AB6D37A03EBDE90BB7737C8F990B915 | Blacked Raw | 10/31/2018 05:37:12 | 10/24/2018 | 11/25/2018 | PA0002137640 |
| 25 | 96B8A0EB9B8047532038B822B057CF6B63DF2628 | Vixen | 11/11/2018 08:28:46 | 11/10/2018 | 11/25/2018 | PA0002136725 |
| 26 | 96DCB1AF9A5DD58FF9FD448D0F8A9F3A28DEC716 | Vixen | 09/18/2018 05:20:01 | 09/14/2018 | 11/01/2018 | PA0002143437 |
| 27 | AA7EBC8D54740D12258D149FC075A81BFEEE677F | Blacked Raw | 10/15/2018 03:43:45 | 10/14/2018 | 11/01/2018 | PA0002143424 |
| 28 | B25C86EB85AE315DE001F1A975FD172C15DD7ED8 | Tushy | 09/25/2018 08:42:28 | 09/23/2018 | 11/01/2018 | PA0002143415 |
| 29 | B5879D6A9AD3C552A3D669CAE94774D5D278F2C1 | Tushy | 11/20/2018 07:16:14 | 11/17/2018 | 12/10/2018 | PA0002145827 |
| 30 | B654BD9EE507C599B6C6115ECE84BD2B939E9AF1 | Vixen | 10/02/2018 05:41:13 | 10/01/2018 | 11/01/2018 | PA0002143421 |
| 31 | B901C1D24C57C982E326420F292855E7CD0F3079 | Tushy | 10/24/2018 03:09:55 | 10/23/2018 | 11/25/2018 | PA0002136621 |
| 32 | B968DDD082AFDEB683B577B4268AF051EF1BC1A4 | Tushy | 10/02/2018 05:39:55 | 09/28/2018 | 10/16/2018 | PA0002127781 |
| 33 | B9FF93769802406F9FB984B59468BBD077335AA4 | Blacked Raw | 09/28/2018 07:19:36 | 09/24/2018 | 11/01/2018 | PA0002143418 |
| 34 | BEC51D592695F02E506FFB6F633208A899E29D57 | Vixen | 09/01/2018 23:52:16 | 09/01/2018 | 11/01/2018 | PA0002143431 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | CE5BC18A7CD0C55A4B4785679A444A7ED293F543 | Tushy | 07/27/2018 00:25:04 | 07/15/2018 | 08/07/2018 | PA0002132406 |
| 36 | D03E77E7217D1DF56F3350DCE86E6BCFA384E9E8 | Vixen | 10/15/2018 18:55:29 | 10/11/2018 | 10/28/2018 | PA0002130457 |
| 37 | DC3A436900654449E379C3F7459DA6E515720104 | Tushy | 09/09/2018 10:23:45 | 08/24/2018 | 11/01/2018 | PA0002143429 |
| 38 | E0EABE86D73ABC9BF3231DAE3D4E1FEC4793445B | Blacked Raw | 10/02/2018 05:42:06 | 09/29/2018 | 11/01/2018 | PA0002143425 |
| 39 | EA1BC3B182C792BBDC255E6D5765690973AD2F38 | Tushy | 05/21/2018 20:52:51 | 05/21/2018 | 07/14/2018 | PA0002131769 |
| 40 | F0778DB91AF3D9BBCDDD08FA28E1CF3DD2FD40F9 | Tushy | 07/14/2018 21:56:19 | 07/10/2018 | 08/07/2018 | PA0002132397 |
| 41 | F784D65D9FB51CD23AC4F54194FA7912A36908DC | Tushy | 12/05/2018 09:00:20 | 08/09/2018 | 09/05/2018 | PA0002135685 |
| 42 | FFDB26A84780293A9E7580F3E88F24D67E9C2B9B | Tushy | 07/20/2018 20:19:20 | 07/20/2018 | 09/05/2018 | PA0002134598 |